IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN JAMES KANE,

    Petitioner,               No. CIV S-08-1268 MCE KJM P

    vs.                            No. Civ. S-08-1402 MCE KJM P

STEVE MOORE, Warden,

    Respondents.         <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se, has filed two petitions for writs of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the fee in each case. Both petitions challenge aspects of the November 9, 2007 denial of parole. Accordingly, the cases should be consolidated.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petitions.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to remove the petition filed June 16, 2008 in Civ. No. S-08-1402, file it in Civ. No. S-08-1268 and then close Civ. No. S-08-1402.

/////

/////

1

2.  Both petitions in Civ. No. S-08-1268 are dismissed and petitioner is given leave to file a single petition raising all of the challenges stemming from the November 9, 2007 denial of parole within thirty days of the date of this order.

DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE